

# NUMBER 13-19-00462-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FRAUDULENT HOSPITAL LIEN LITIGATION

On appeal from MDL No. 15-0360-H in the 444th District Court
of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Justice Perkes**

Appellants Douglas Turek and Russ DeVore filed a joint notice of accelerated interlocutory appeal on September 19, 2019, after the trial court denied their motion to dismiss under the Texas Citizens Participation Act.[1] *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 27.003, 51.014(12). The Court granted appellants two extensions of time to file

---

[1] This case, filed by appellee Martha Hernandez, originated in trial court cause number C-1621-15-J in the 430th District Court of Hidalgo County, but was transferred to MDL No. 15-0360-H in the 444th District Court of Cameron County, Texas for consolidated pretrial proceedings. This appeal arises from MDL No. 15-0360-H.

their brief, extending their deadline until December 20, 2019.

On December 19, 2019, appellants filed an unopposed motion to abate the appeal, citing a need to supplement the reporter's record with missing exhibits. On January 3, 2020, the Court denied their motion to abate, pointing out that the "missing" exhibits were located in Volume 2 of the sealed clerk's record filed with this Court on October 4, 2019. Also on January 3, 2020, the Court provided appellants with a separate notice that their brief was past due and warning that their appeal was subject to dismissal for want of prosecution unless, within ten days, appellants reasonably explained their failure to file a timely brief and appellee was not significantly injured by such failure. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not responded to the Court's request and their brief is now more than forty days past due.

Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

GREGORY T. PERKES
Justice

Delivered and filed the
30th day of January, 2020.